## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

*Bertin Bega Gomez*      v.    *Dora B. Schriro, et al.*

THE HONORABLE JOHN W. SEDWICK     CASE NO. 2:06-cv-01370-JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**      Date: March 6, 2007

At docket 17, the magistrate judge recommends that the Gomez's petition for a writ of habeas corpus be denied and this case dismissed with prejudice. No objections have been filed.

In a case such as this, the district court reviews all recommended findings of fact and recommended conclusion of law *de novo* and reviews any recommended findings of fact as to which an objection has been stated for clear error. Having applied that standard of review, this court finds that the magistrate judge has correctly found the facts and applied the law. His findings and conclusions at docket 17 are **APPROVED** and adopted by this court. Based thereon the petition is **DENIED and DISMISSED with prejudice**. The Clerk will please close the file.